NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JENNIFER JOHNSON, )
)
Appellant, )
)
v. )          Case No. 2D17-1402
)
CASA DEL MAR CONDOMINIUM, )
ASSOCIATION NO. 3 OF ST. )
PETERSBURG FLORIDA, INC., )
)
Appellee. )
----------------------------------------------------

JENNIFER JOHNSON, )
)
Appellant, )
)
v. )          Case Nos. 2D17-4046
)
CASA DEL MAR CONDOMINIUM, )
ASSOCIATION NO. 3 OF ST. )          CONSOLIDATED
PETERSBURG FLORIDA, INC., )
DUANE FOX, HOWARD ASBRAND, )
NANCY ASBRAND, GUIDO SARTOR, )
JOHN PECK, JERRY PETERSON, )
RENEE HUBER, WILLIAM MOTTLEY, )
and PHP MANAGEMENT SERVICES, )
LLC, d/b/a Condominium Associates, )
)
Appellees. )
_____ )

Opinion filed February 8, 2019.

Appeals from the Circuit Court for Pinellas
County; Jack Day, Judge.

Jennifer Johnson, pro se.

Shawn G. Brown of Frazier & Brown,
Tampa, and Yvette Lavelle and Joseph
Riopelle of Boyd Richards, Parker &
Colonnelli, P.L., Tampa, for Appellees.


PER CURIAM.


      Affirmed.


NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.